Cite as 2023 Ark. 88

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS STATE BOARD OF LAW EXAMINERS | Opinion Delivered May 18, 2023 |

## PER CURIAM

Jacqueline Wright of Conway is appointed to the Arkansas State Board of Law Examiners for a six-year term concluding on May 18, 2029. Ms. Wright will be an at-large representative; she replaces Ernest Sanders, whose term has concluded.

The court extends its sincere appreciation to Ms. Wright for accepting appointment to this important board. The court also expresses its gratitude to Mr. Sanders for his dedicated service to the board.